1  Conor J. Dale (State Bar No. 274123)
   JACKSON LEWIS P.C.
2  50 California Street, 9th Floor
   San Francisco, California 94111-4615
3  Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
4  Email:  Conor.Dale@jacksonlewis.com

5  Attorneys for Defendants
   JACKSON & HERTOGS LLP and
6  ILANA DRUMMOND

7  Mark C. Gabel (State Bar No. 253729)
   GABEL LAW FIRM, P.C.
8  1 Embarcadero Center, Suite 500
   San Francisco, California 94111
9  Telephone:  (628) 231-2211
   Facsimile:  (415) 276-3139
10 Email:  markg@gabel-law-firm.com

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 BROOKE SCHARLI, an individual,          Case No. 4:19-cv-01218-HSG

15          Plaintiff,                      **JOINT STIPULATION AND ORDER
                                            CONTINUING DATE OF INITIAL
16          v.                              CASE MANAGEMENT CONFERENCE**

17 JACKSON & HERTOGS LLP, a limited
   liability partnership; ILANA DRUMMOND,
18 an individual, and Does 1 through 10,
   inclusive,
19
20          Defendants.

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Joint Stipulation and Order
Continuing Date of Initial Case Management Conference        Case No. 4:19-cv-01218-HSG

Pursuant to United States District Court, Northern District of California Local Rule 6-2, the following Stipulation is entered into by Plaintiff BROOKE SCHARLI ("Plaintiff") and Defendants JACKSON & HERTOGS LLP and ILANA DRUMMOND ("Defendants") (collectively, the "Parties") by and through their counsel of record:

WHEREAS, this case was recently assigned to the Hon. Haywood S. Gilliam; and

WHEREAS, on May 20, 2019, the Court issued an order setting the initial case management conference for this case on June 11, 2019; and

WHEREAS, counsel for Defendants is unable to appear at the June 11, 2019 initial case management conference due to a prescheduled time commitment; and

WHEREAS, Defendants accepted service through the Court's Waiver of Service of Summons form and their deadline to file an Answer to Plaintiff's Complaint is June 14, 2019;

IT IS HEREBY STIPULATED AS FOLLOWS:

The June 11, 2019 case management conference is continued to June 18, 2019, or to such a date thereafter as the Court may set. The deadlines to complete pre-case management conference tasks including, but not limited to, the filing of a joint case management conference statement, are similarly continued to dates consistent with the continued June 18, 2019 case management conference.

Dated: May 22, 2019                                 JACKSON LEWIS P.C.


                                        By:      /s/Conor J. Dale
                                                 Conor J. Dale
                                                 Attorney for Defendants JACKSON &
                                                 HERTOGS LLP and ILANA DRUMMOND


Dated: May 22, 2019                                 GABEL LAW FIRM, P.C.


                                        By:      /s/ Mark C. Gabel
                                                 Mark C. Gabel
                                                 Attorney for Plaintiff BROOKE SCHARLI

                                                 "I hereby attest that I have on file all holographic
                                                 signatures corresponding to any signatures indicated by a
                                                 conformed signature (/S/) within this e-filed document."

2

ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.


Dated:  May 22, 2019

_____
United States District Court Judge

4823-5496-5911

3

Joint Stipulation and Order
Continuing Date of Initial Case Management Conference                Case No. 4:19-cv-01218-HSG