# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BROOKE SCHARLI

                     Plaintiff(s)

v.

JACKSON & HERTOGS, ET AL.

                     Defendant(s)

CASE No C 4:19 cv 01218 HSG

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☒ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☐ **Private ADR** (*specify process and provider*)
  Note: The parties also request an ADR phone conference to give the parties the opportunity to meet and confer regarding the mediators on the mediator panel and to request the court staff appoint one of their mutually selected mediators

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

- ☒ other requested deadline: October 8, 2019

Date: June 25, 2019         /s/Mark C. Gabel
                                 Attorney for Plaintiff

Date: June 25, 2019         /s/Conor J. Dale
                                 Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 6/27/2019             *Haywood S. Gell J.*
                              U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*