# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Brooke Scharli

                    Plaintiff(s)

v.

Jackson & Hertogs, et al.

                    Defendant(s)

CASE No C 3:19-cv-01218

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☑ **Private ADR** (*specify process and provider*)
  The parties have agreed to attend a private mediation session with mediator Jean Hyams on August 29, 2019 in leiu of court mediation

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

☑ other requested deadline: October 8, 2019

Date: 7.11.19

Date: 7.11.19

/s/Mark C. Gabel
_____
Attorney for Plaintiff
/s/Conor J. Dale
_____
Attorney for Defendant

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:
                             _____
                             U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*