1 | Mark C. Gabel (CA State Bar No. 253729)
Email: markg@gabel-law-firm.com
2 | GABEL LAW FIRM, P.C.
1 Embarcadero Center, Suite 500
3 | San Francisco, CA 94111
Telephone: 628-231-2227
4 | Facsimile: 415-276-3239

5 | Attorneys for Plaintiff
BROOKE SCHÄRLI
6 |
Connor J. Dale (CA State Bar No. 274123)
7 | Email: conor.dale@jacksonlewis.com
JACKSON LEWIS P.C.
8 | 50 California Street, 9th Floor
San Francisco, CA 9411
9 | Telephone: 415-394-9400
Facsimile: 415-394-9401
10 |
Attorneys for Defendants
11 | JACKSON & HERTOGS LLP and
ILANA DRUMMOND

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| BROOKE SCHÄRLI, an individual, | Case No. 4:19-cv-01218-HSG |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL** |
| v. | **Fed. R. Civ. Proc. 41(a)(1)** |
| JACKSON & HERTOGS LLP, a limited liability partnership; ILANA DRUMOND, an individual; and DOES 1 through 10, inclusive. | Case Filed: March 7, 2019 |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL:

On August 29, 2019, the Parties to this case, Plaintiff Brooke Schärli on the one hand and Defendants Jackson and Hertogs LLP and Ilana Drummond on the other hand, reached and executed a negotiated settlement of the case.

Therefore, the Parties, in consideration of that negotiated settlement and acting through counsel under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the Dismissal with Prejudice of this entire action, including any and all claims stated or brought in it against any and all parties. Each party will bear its own attorney's fees and costs.

DATED: September 25, 2019        GABEL LAW FIRM, P.C.


                                 By:  /s/Mark C. Gabel
                                      Mark C. Gabel
                                      Attorneys for Plaintiff
                                      Brooke Schärli


DATED: September 25, 2019        JACKSON LEWIS P.C.


                                 By:  /s/Conor J. Dale
                                      Conor J. Dale
                                      Attorneys for Defendants
                                      Jackson & Hertogs LLP and
                                      Ilana Drummond

Pursuant to Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories to this document.

DATED: September 25, 2019                   /s/Conor J. Dale

2

Joint Stipulation and Order for Dismissal                Case No. 4:19-cv-01218-HSG

## ORDER

This stipulation is approved. This entire action, including any and all claims stated or brought in this case against any and all parties, is hereby dismissed with prejudice.

DATED: 9/26/2019

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California